# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GEORGE DOUGLAS METZ, II and
SHAWN MICHAEL BERRY

    Plaintiff,                      CASE NO.:    8:21-cv-00414

v.

SHERIFF CHAD CHRONISTER, IN HIS
OFFICIAL CAPACITY, AS SHERIFF OF
HILLSBOROUGH COUNTY, FLORIDA,
DEPUTY DEMETRIOS ANTONIADIS and
TAMPA PORT AUTHORITY, the governing
body and port authority of Hillsborough
County Port District d/b/a PORT TAMPA
BAY
    Defendant.
_____/

## TAMPA PORT AUTHORITY d/b/a PORT TAMPA BAY'S MOTION TO DISMISS

COMES NOW, Defendant TAMPA PORT AUTHORITY by and through the undersigned counsel and pursuant to Florida's Constitution Article X, §13 and Florida Statute 768.28 hereby moves to dismiss the Plaintiffs' Complaint against Tampa Port Authority d/b/a Port Tampa Bay based on Plaintiff's failure to adhere to strict statutory compliance to the conditions precedent for suing a governmental entity and in support states as follows:

1. Plaintiff caused a Complaint to be filed against an agency of a subdivision of the state of Florida to recover damages based in tort law claiming injury and/or loss.

2. Pursuant to Florida Statute 768.28, prior to filing a lawsuit, a claimant is required to provide notice of the alleged injury, loss or damage to the appropriate entities as prescribed by the statute. Post notification, the law suit filed must contain a verification that Plaintiff has met the required statutory conditions precedent.

3. Plaintiffs' Complaint which names Tampa Port Authority, an agency of a subdivision of the state of Florida does not contain the statutorily required verification.

4. The absence of the statutorily required verification is an incurable defect that requires this Honorable Court to dismiss the Complaint as in its current form it fails to properly state a cause of action pursuant to Article X, §13 and Florida Statute 768.28 against this defendant.

5. Defendant now moves this Court for an Order dismissing the Complaint against Tampa Port Authority d/b/a Port Tampa Bay due to the failure to follow the statutory procedure for suing a governmental entity for money damages.

_____
**MICHAEL G. ARCHIBALD, ESQUIRE**
**Florida Bar No.: 0188980**
201 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602
Primary email: mgarchibald@mdwcg.com
Secondary email: srsierra@mdwcg.com
Tel: 813-898-1800
Fax: 813-221-5026
Attorney for Defendant, Tampa Port Authority

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I electronically filed the foregoing with the Clerk of Court by using the Florida CM/ECF filing system, which will send a Notice of Electronic Filing, and provide a true and correct copy of the foregoing via electronic mail to Vincent R. Pawlowski, Esq., Kimberly A. Burchins, Esq *Attorneys for Plaintiffs,* on March 3, 2021.

Vince@Megajustice.com; Kim@Megajustice.com; Litigation@megajustice.com

_____
**MICHAEL G. ARCHIBALD, ESQUIRE**
**Florida Bar No.: 0188980**
**mgarchibald@mdwcg.com**