IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

**GEORGE DOUGLAS METZ, II and**
**SHAWN MICHAEL BERRY**
    **Plaintiffs,**

                                              **CASE NO.: 8:21-CV-414**

**v.**

**SHERIFF CHAD CHRONISTER, IN HIS OFFICIAL**
**CAPACITY, AS SHERIFF OF HILLSBOROUGH**
**COUNTY, FLORIDA, DEPUTY DEMETRIOS**
**ANTONIADIS, AND TAMPA PORT AUTHORITY,**
**the governing body and port authority of Hillsborough**
**County Port District d/b/a PORT TAMPA BAY,**
    **Defendants.**

_____/

**MOTION TO FILE CD IN SUPPORT OF DEFENDANTS'**
**MOTIONS TO DISMISS AND SUPPORTING MEMORANDUM OF LAW**

COMES NOW, Defendants Chad Chronister, Sheriff for Hillsborough County, and Deputy Demetrios Antoniadis, by and through undersigned counsel, and submit this *Motion to File CD In Support of Defendants' Motions to Dismiss and Incorporated Memorandum of Law*, as follows:

On February 23, 2021, Plaintiffs George Douglas Metz, II[1] and Shawn Michael Berry ("Plaintiffs"), filed their *Complaint* (Doc. 1), which includes claims against Defendants Chad Chronister, in his official capacity as Sheriff of Hillsborough County, Florida ("Sheriff"), and Deputy Demetrios Antoniadis in his individual capacity ("Deputy Antoniadis").

---

[1] As argued in a similar case brought by Metz, "Metz is an internet troll and prolific litigant who posts his videos, including this one, to YouTube under the handle 'rogue nation' where he includes links to various crowd-funding sites 'to keep me on the road (and file lawsuits).' rogue nation, *1A Audit, Tyrants Found, Rights Violated, Lawsuit Time* (Jan. 30. 2019), https://youtu.be/2PimhH1xIfx (last checked Aug. 10, 2020)... *See Metz v. Matos,* No. 2:19-CV-424-FtM-38MRM (dismissed for failure to prosecute); *Metz v. Mina*, No. 6:19-CV-2372-CEM-EJK (motion[s] to dismiss pending); *Metz v. Sterling*, No. 2:20-CV-00070-SPC-NPM (dismissed *sua sponte* for failure to effect timely service)." *Metz v. Levy,* 8:19-CV-2818-JSM-AEP, Doc. 19, Fn 1. See also, *Metz v. Levy,* 8:19-CV-2818-JSM-AEP (dismissed for failure to state a claim); *Metz v. Sterling,* No. 2:20-CV-709-SPC-NPM (dismissed as shotgun pleading).

Plaintiff's *Complaint* purportedly seeks damages related to events of November 4, 2019, at Port Tampa Bay, Terminal 3, located in Hillsborough County at 815 Channelside Drive, Tampa, Florida 33602. ("Terminal 3").

Plaintiffs allege that on November 4, 2019, they were self-employed "You Tube" channel operators. (Doc. 1, ¶ 8). On that date, Plaintiffs went to Port Tampa Bay, Terminal 3, and were subsequently arrested for trespassing. (Doc. 1, ¶ 14).

The events from November 4, 2019, were recorded by each Plaintiff and subsequently published on YouTube on the Internet.

Plaintiffs November 4, 2019, two YouTube recordings are appropriately submitted to the Court in conjunction with Defendants motions to dismiss. Consideration of the video recordings from November 4, 2019, will assist the Court in evaluating the motions to dismiss and should not convert said motions to dismiss to motions for summary judgment pursuant to *Quinette v. Reed*, 805 F. App'x 696, 703 (11th Cir. 2020), *Duffy v. Fox News*, No. 6:14-CV-1545, 2015 WL 2449576, at *3 (M.D. Fla. May 21, 2015), and *Scott v. Harris*, 550 U.S. 372 (2007). *See also Makro v. UBS*, 372 F.Supp.2d 623, 627 (S.D. Fla.2005); *Bryant v. Avado Brands*, 187 F.3d 1271, 1279-80 (11th Cir.1999); *Young v. Augusta*, 59 F.3d 1160, 1166 n. 11 (11th Cir.1995).

Accordingly, Defendants move this Court to accept a CD that contains two video recordings from November 4, 2019, taken by Plaintiffs, that are appropriate for the Court's consideration. Said recordings should be considered contemporaneously with Defendants' motions to dismiss and memorandum of law.

WHEREFORE, Defendants Chad Chronister, Sheriff for Hillsborough County, and Deputy Demetrios Antoniadis, moves this Court to accept a CD containing two video recordings in support

of Defendants' motions to dismiss.

Respectfully Submitted this 18th day of March, 2021.

*/s/ Christopher E. Brown*
CHRISTOPHER E. BROWN, ESQ.
Florida Bar No.: 0986010
Trial Counsel for Defendants Sheriff Chad Chronister, in his Official Capacity as Sheriff of Hillsborough County, Florida and Deputy Demetrios Antoniadis
2008 E. 8th Avenue
Post Office Box 3371
Tampa, Florida  33601
Phone: (813) 247-8133;  Facsimile  (813) 247-0941
chrisbro@teamhcso.com

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel affirms that I have, in good faith, conferred with Plaintiffs' counsel via emails on March 16, 2021, and March 17, 2021, in an effort to resolve the above-referenced issue, and Plaintiffs *do not object* to the relief requested herein.

*/s/ Christopher E. Brown*
CHRISTOPHER E. BROWN, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2021, I electronically submitted the foregoing with the Clerk of Court using the CM/ECF system, who will send electronic notice to all parties.

*/s/ Christopher E. Brown*
CHRISTOPHER E. BROWN, ESQ.