UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE DOUGLAS METZ, II and
SHAWN MICHAEL BERRY

    Plaintiffs,

v.                                    Case No.:    8:21-cv-00414-VMC-JSS

SHERIFF CHAD CHRONISTER, IN HIS OFFICIAL
CAPACITY, AS SHERIFF OF HILLSBOROUGH
COUNTY, FLORIDA, DEPUTY DEMETRIOS
ANTONIADIS AND TAMPA PORT AUTHORITY,
the governing body and port authority of Hillsborough
County Port District d/b/a PORT TAMPA BAY

    Defendants.
_____/

**PLAINTIFFS NOTICE OF DISMISSAL OF COMPLAINT**

COME NOW, the Plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants with prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April, 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF System, which will forward electronic copies to all defendants listed above.

    /s/ Vincent R. Pawlowski
VINCENT R. PAWLOWSKI, ESQUIRE
litigation@megajustice.com
Florida Bar # 0747718
The Pawlowski Mastrilli Law Group
1718 E. 7th Ave., Suite 201
Tampa, FL 33605
(813) 242-4404
ATTORNEY FOR PLAINTIFFS
GEORGE DOUGLAS METZ, II and
SHAWN M. BERRY